IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-50743-CAG |
| | § | |
| PRACS INSTITUTE SAN ANTONIO, LLC | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 CASE |

**NOTICE OF INTENT TO PAY UNCLAIMED/SMALL FUNDS**

The undersigned trustee reports:

[ ] The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

[XX] More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

[ ] The dividend payable to the creditor listed on Exhibit "A" hereto was returned to the office of the trustee undeliverable as addressed. Trustee has not been able to locate the current addresses of the creditors.

Pursuant to Bankruptcy Rule 3010 and 3011, as applicable, and 11 U.S.C. §347 (a), the undersigned trustee remits herewith his check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: August 9, 2018

/s/ *Jose C. Rodriguez*
Jose C. Rodriguez
342 W. Woodlawn, Ste. 103
San Antonio, TX 78212
(210)738-8881 Tel.
(210) 738-8882 Fax

**CHAPTER 7 TRUSTEE**

EXHIBIT "A"

Dated: 08/09/18

## DIVIDENDS REMITTED TO THE COURT
Check Number 182 Dated 08/09/18
Case Number 13-50743 – PRACS INSITUTE SAN ANTONIO, LLC

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Intendis GMBH<br>c/o Berry D. Spears, Esq.<br>Norton Rose Fulbright<br>98 San Jacinto Blvd., Suite 1100<br>Austin, TX 78701-4255 | | 100,000.00 | 18,171.57 |
| Actavis, LLC<br>c/o Watson Labs<br>Attn: Michael D. DeBaecke<br>Blank Rome LLP<br>1201 Market Street, Ste. 800<br>Wilmington, DE 19801 | | 100,000.00 | 18,171.57 |
| ---------- Remittance Total ---------- | | 200,000.00 | 36,343.14 |

_____
JOSE C. RODRIGUEZ, Trustee